## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

JD Fields & Company, Inc

v.                                                              Case Number: 4:20−cv−01411

Sheet Pile LLC, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1611074378?pwd=cVpJbSsweURjL3hyNHVEcWpra1djdz09*
Meeting phone number: 669 254 5252
Meeting ID: 161 107 4378
Meeting Password: 830007

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/3/2022

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Discovery Hearing

RE: Request for Pre−Motion Conference − #83

---

Date:    December 22, 2021                                           Nathan Ochsner, Clerk